IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEROY FRANCE**                                                                                    **PLAINTIFF**

v.                             **Case No. 4:24-cv-00814-KGB**

**FLAGSHIP CREDIT ACCEPTANCE, LLC**                                              **DEFENDANT**

**ORDER**

Before the Court is the parties' joint motion to stay deadlines (Dkt. No. 31). In the joint motion, the parties ask the Court to stay all remaining deadlines pending in the Court's Final Scheduling Order until the Court rules on the motion to stay proceedings and compel arbitration of defendant Flagship Credit Acceptance, LLC ("Flagship") (Dkt. No. 31). For good cause shown, the Court grants the parties' joint motion to stay deadlines (*Id.*). All remaining deadlines set forth in the Courts' Final Scheduling Order are stayed pending the Court's ruling on Flagship's motion to stay proceedings and compel arbitration (*Id.*). The case is removed from the Court's trial calendar for the week of October 20, 2025. The Court will enter an Amended Final Scheduling Order, if needed, by separate Order after ruling on Flagship's motion to stay proceedings and compel arbitration.

So ordered this the 23rd day of July, 2025.

_____
Kristine G. Baker
Chief United States District Court Judge